UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KEITH CROW, | Case No. 12-CV-2216 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER |
| OFFICER KRIS SEVERS; SGT. GLEN LISOWAV; SGT. BILL BRAUN; LT. MCQUILLAN; DAVID REISHUS; KENT GRANDLIENARD; TERRY CARLSON; TOM ROY; SHEILA MONIO; and DOCTOR CRAANE, | |
| Defendants. | |

Keith Crow, pro se.

Jackson Evans and Scott A. Grosskreutz, MINNESOTA ATTORNEY GENERAL'S OFFICE, for defendants Kris Severs, Sgt. Glen Lisowav, Sgt. Bill Braun, Lt. McQuillan, David Reishus, Kent Grandlienard, Terry Carlson, Tom Roy, and Sheila Monio.

Andrea Pavelka Hoversten and John B. Casserly, GERAGHTY, O'LOUGHLIN & KENNEY, P.A., for defendant Doctor Craane.

This matter is before the Court on plaintiff Keith Crow's objection to the December 5, 2013 order of Magistrate Judge Franklin L. Noel. In that order, Judge Noel (1) denied Crow's motion to file a second amended complaint [ECF No. 59], (2) denied Crow's motion to compel interrogatory responses from defendant Doctor Craane [ECF No. 96], and (3) denied Crow's eighth motion to appoint counsel [ECF No. 122]. *See* ECF No. 140. A magistrate judge's ruling on nondispositive pretrial matters may be reversed only if it is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Judge Noel's order was neither clearly erroneous nor contrary to law: Crow's motion to amend the complaint was both untimely and

futile; his motion to compel interrogatory responses from Craane is now moot because all claims against Craane have been dismissed; and Crow's eighth motion to appoint counsel had no more merit than his seven prior motions. Accordingly, Crow's objection to Judge Noel's order is overruled.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES plaintiff Keith Crow's objection [ECF No. 155] and AFFIRMS the December 5, 2013 order [ECF No. 140].

Dated: February 6, 2014

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge